GEORGE MURMAN, Respondent, v. HERMAN OKUN, Appellant.— Orders affirmed,

with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.